**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**CENTRAL DIST. OF CALIFORNIA**

Case number (if known): _____   Chapter __11__

☐ Check if this is an
  amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Great American Mint & Refinery, Inc.** |
| 2. | **All other names debtor used in the last 8 years** | **None** |
| | Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | _4_ _5_ – _3_ _3_ _4_ _4_ _9_ _2_ _8_ |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1020 N Armando Street** | |
| Number   Street | Number   Street |
| | P.O. Box |
| **Anaheim**     **CA**   **90720** | |
| City     State   ZIP Code | City     State   ZIP Code |
| **Orange** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number   Street |
| | City     State   ZIP Code |

5. **Debtor's website (URL)**     **Www.GreatAmericanMint.com**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **Great American Mint & Refinery, Inc.**                        Case number (if known) _____

| | |
|---|---|
| **7.** **Describe debtor's business** | **A.** *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

_____ _____ _____ _____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11.    *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes. District _____  When _____  Case number _____
                                                    MM / DD / YYYY
       District _____  When _____  Case number _____
                                                    MM / DD / YYYY
       District _____  When _____  Case number _____
                                                    MM / DD / YYYY

Debtor **Great American Mint & Refinery, Inc.**      Case number (if known) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.   Debtor _____    Relationship _____

District _____    When _____
                                    MM / DD / YYYY

Case number, if known _____

Debtor _____    Relationship _____

District _____    When _____
                                    MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**    *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
            Number     Street

_____

_____
City                    State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

### ◼ Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

Debtor  **Great American Mint & Refinery, Inc.**                    Case number (if known) _____

| | | | |
|---|---|---|---|
| **14. Estimated number of creditors** | ☐ 1-49<br>☐ 50-99<br>☑ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11/03/2016**
          MM / DD / YYYY

X **/s/ Ulrich Blankenstein**                    **Ulrich Blankenstein**
   Signature of authorized representative of debtor        Printed name

Title **President**

**18. Signature of attorney**

X **/s/ Michael R. Totaro**                    Date **11/03/2016**
   Signature of attorney for debtor                    MM / DD / YYYY

**Michael R. Totaro**
Printed name

**Totaro & Shanahan**
Firm name

**P.O. Box 789**
Number        Street

_____

**Pacific Palisades**                    **CA**        **90272**
City                            State        ZIP Code

**(310) 573-0276**                    **Ocbkatty@aol.com**
Contact phone                        Email address

**102229**                            **CA**
Bar number                            State

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar Number & Email Address | |
|---|---|
| Michael R. Totaro<br>Pacific Palisades, CA 90272<br><br>(310) 573-0276 Fax(310) 496-1260<br>102229 | CASE NO :<br><br>CHAPTER: 11<br><br>ADVERSARY NO.:<br>(if applicable) |
| Attorney for: | |
| In re: Great American Mint & Refinery, Inc<br><br>Debtor(s) | **ELECTRONIC FILING DECLARATION<br>(NON-INDIVIDUAL)<br>[LBR 1002-1(f)]** |

☒ Petition, statement of affairs, schedules or lists          Date Filed: 11/03/2016

☐ Amendments to the petition, statement of affairs, schedules or lists     Date Filed:

☒ Other (specify):  Corp Resoution, Entities          Date Filed: 11/03/ 20 1 6

**PART I - DECLARATION OF SIGNATORY OF DEBTOR OR OTHER PARTY**

I, the undersigned, declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent as my actual signature on such signature lines; (5) I have actually signed a true and correct printed copy of the Filed Document in such places on behalf of the Filing Party and provided the executed printed copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

Date:  10/31/2016    11/2/2016

Signature (handwritten) of authorized signatory of Filing Party
Ulrich Blankenstein

Printed Name of authorized signatory of Filing Party

Title of authorized signatory of Filing Party

**PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY**

I, the undersigned Attorney for the Filing Party, declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed *Part 1 - Declaration of Authorized Signatory of Debtor or Other Party* of this *Declaration* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct printed copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration* and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration* and the Filed Document available for review upon request of the court or other parties.

Date: November 3, 2016

Signature (handwritten) of attorney for Filing Party
Michael R. Totaro
Printed Name of attorney for Signing Party

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                               F 1002-1.DEC.ELEC.FILING.NON-INDIVIDUAL

B 201 - Notice of Available Chapters (Rev. 06/14)                                         USBC, Central District of California

Name:  <u>Totaro & Shanahan</u>

Address:  <u>P.O. Box 789</u>
<u>Pacific Palisades, CA 90272</u>
_____
_____

Telephone: <u>(310) 573-0276</u>              Fax:    <u>(319) 496-1260</u>

☒  Attorney for Debtor
☐  Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names, including trade names, used by Debtor(s) within last  8 years: | Case No.: |
| Great American Mint & Refinery, Inc. | **NOTICE OF AVAILABLE CHAPTERS** <br><br> (Notice to Individual Consumer Debtor Under § 342(b) of the Bankruptcy Code |

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

1.  <u>Services Available from Credit Counseling Agencies</u>

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file forbankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

B 201 - Notice of Available Chapters (Rev. 06/14)                                                                    USBC, Central District of California

2.    **The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors**

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total fee $335)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total fee $310)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1167 filing fee, $550 administrative fee: Total fee $1717)
Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total fee $275)
Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

3. **Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

B 201 - Notice of Available Chapters (Rev. 06/14)                                        USBC, Central District of California

## Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

_____
Printed name and title, if any, of Bankruptcy Petition Preparer

Social Security number (If the bankruptcy petition
Address: preparer is not an individual, state the
Social Security number of the officer, principal,
responsible person, or partner of the bankruptcy
petition preparer.) (Required by 11 U.S.C. § 110.)

_____

X _____
Signature of Bankruptcy Petition Preparer or officer,
principal, responsible person, or partner whose Social
Security number is provided above.

## Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

Great American Mint & Refinery, Inc.                        /s/ Great American Mint & Refinery, Inc.
_____                 November 3, 2016
Printed Name(s) of Debtor(s)                              _____
                                                         Signature of Debtor                    Date

Case No. (if known) _____                /s/   November 3, 2016
                                                         _____
                                                         Signature of Joint Debtor (if any)   Date

**STATEMENT OF RELATED CASES
INFORMATION REQUIRED BY LBR 1015-2
UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA**

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceedings(s).)

    None

2.  (If petitioner is a partnership or joint venture)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor as follows: (Set forth the complete number and title of such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None

3.  (If petitioner is a corporation)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows. (Set forth the complete number and title of such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None

4.  (If petitioner is an individual)  A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceedings(s).)

    None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  Anaheim                                , California         /s/ Ulrich Blankenstein, President
                                                                        Debtor

Dated        November 3, 2016                                           /s/
                                                                        Joint Debtor

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2012                              Page 1                **F 1015-2.1.STMT.RELATED.CASES**

| Attorney or Party Name, Address, Telephone & FAX Nos, State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael R. Totaro<br>P.O. Box 789<br>Pacific Palisades, CA 90272<br><br>(310) 573-0276<br>(319) 496-1260<br>102229<br>Ocbkatty@aol.com<br>☐  *Attorney for :*  Great American Mint & Refinery, Inc. | |

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re:<br>Great American Mint & Refinery, Inc.<br><br><br><br>Debtor(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:        11 |
|---|---|
| <br><br>Plaintiff(s). | **CORPORATE OWNERSHIP STATEMENT<br>PURSUANT TO FRBP 1007(a) (1)<br>and 7007.1, and LBR 1007-4** |
| <br>Defendant(s). | [No Hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   Michael R. Totaro                                , the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.        I have personal knowledge of the matters set forth in this Statement because:

☐ I am the president or other officer or an authorized agent of the Debtor corporation
☐ I am a party to an adversary proceeding
☐ I am a party to a contested matter
☒ I am the attorney for the Debtor corporation

2. a.        ☐  The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

_____
_____
_____

[For additional names, attach an addendum to this form.]

b.        ☒  There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_____
This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Date:   November 3, 2016                    By: /s/  Michael R. Totaro
                                               Signature of Debtor, or attorney for Debtor

                                           Name:  Michael R. Totaro
                                                  Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

_December 2012_                    Page 2                    **F 1007-4.CORP.OWNERSHIP.STMT**

**United States Bankruptcy Court**

**Central District of California**

In Re:                                                    Case No:_____
                                                         Chapter:

### STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Ulrich Blankenstein,** declare under penalty of perjury that I am the President of **Great American Mint & Refinery, Inc.,** a California Corporation and that on the following resolution was **October 31, 2016** duly adopted by the Board of this Corporation:

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be it Therefore Resolved, that **Ulrich Blankenstein,** President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be it Further Resolved, that **Ulrich Blankenstein,** President of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and
Be it Further Resolved that **Ulrich Blankenstein,** President of this Corporation, is authorized and directed to employ Michael R. Totaro and the law firm of Totaro & Shanahan to represent the Corporation in such bankruptcy case."

Executed on:   **November 3, 2016**            Signed:  **/s/Ulrich Blankenstein,**_____

                                                     **Ulrich Blankenstein,,**
                                                     **President**

**Fill in this information to identify the case:**

Debtor name __**Great American Mint & Refinery, Inc.**__

United States Bankruptcy Court for the: __**CENTRAL DIST. OF CALIFORNIA**__

Case number _____
(if known)

☐ Check if this is an
amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1   The Gold Center 3000 W. Iles Ave. Springville, IL 62704 | | Customer | Disputed | | | $784,800.00 |
| 2   Aftab Adamjee c/o Timothy Shields George & Shields LLC 30 Corporate Park #300 Irvine CA 92606 | | Loan | Disputed | | | $725,000.00 |
| 3   Ulrich Blankenstein 2792 Mainway Dr. Roosmoor, CA 90720 | | Loan | | | | $515,000.00 |
| 4   Phillip Dodge 738 Tustin Ave. #8 Newport Beach, CA 92663 | | Various loans and older wages | Disputed | | | $299,853.39 |
| 5   Wang Kuo Shing c/o Timothy Shields George & Shields LLC 30 Corporate Park #300 Irvine CA 92606 | | Loan | Disputed | | | $250,000.00 |

| Debtor | **Great American Mint & Refinery, Inc.** | | Case number (if known) | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6  Mujib and Amina Khan c/o Timothy Shields George & Shields LLC 30 Corporate Park #300 Irvine CA 92606 | | Loan | Disputed | | | $250,000.00 |
| 7  Yussuff Chinoy c/o Timothy Shields George & Shields LLC 30 Corporate Park #300 Irvine CA 92606 | | Loan | Disputed | | | $247,500.00 |
| 8  Ads Gold 3834 E. Eagle Dr. Anaheim, CA 92807 | | Customer | Disputed | | | $235,000.00 |
| 9  Ulrich Blankenstein 2792 Main Dr. Roosmoor, CA 90720 | | Wages | | | | $189,000.00 |
| 10  DSS Coin and Bullion 1906 S.13th St. Omaha, NE 68108 | | Customer | Disputed | | | $164,700.00 |
| 11  Gold Depot, LTD 640 S. Hill St. #250 Los Angeles, CA 90014 | | Customer | Disputed | | | $151,750.00 |
| 12  Kilver Trust 668 N. Coast Hwy #400 Laguna Beach, CA 92651 | | Customer | Disputed | | | $127,180.00 |
| 13  GoldSilver.com 23901 Calabasas Rd. # 2009 Calabasas CA 91302 | | Customer | Disputed | | | $123,450.00 |

Debtor    **Great American Mint & Refinery, Inc.**                    Case number (if known) _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 14  Aza Properties, Inc. 1410 Vantage Ct. Vista, CA 92081 | | Past Rent | Disputed | | | $88,000.00 |
| 15  Small Business Administration Fresno Commercial Loan Serv. Ctr. Office of Fin. Program Operations | | Loan | Disputed | $1,080,301.24 | $1,016,950.00 | $63,351.24 |
| 16  Hilti Inc. 5400 S. 122nd East Ave. Tulsa, OK 74146 | | Customer | Disputed | | | $57,788.00 |
| 17  Employment Development Department Bankruptcy Group MIC 92E P.O. Box 826880 Sacramento, CA 94280 | | Taxes | Disputed | | | $53,197.00 |
| 18  Liberty Coin 2201 E. Willow Ave. #AA Signal Hill, CA 90755 | | Customer | Disputed | | | $45,750.00 |
| 19  Rogue Valley Coin Exchange 41 S. Grape St. Medford OR 97501 | | Customer | Disputed | | | $45,192.00 |
| 20  Nacobre USA 15055 Woodham Dr. Houston, TX 77073 | | Material | Disputed | | | $44,558.66 |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

IN RE:                                                          CHAPTER   **11**

**Great American Mint & Refinery, Inc.**


DEBTOR(S)                                                       CASE NO


# LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest<br>Registered |
|---|---|---|---|
|  |  |  |  |

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____**President**_____ of the _____**Corporation**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date:__**11/3/2016**_____          Signature:__**/s/ Ulrich Blankenstein**_____
                                                                         ***Ulrich Blankenstein***
                                                                         **President**

**Fill in this information to identify the case:**

Debtor Name  **Great American Mint & Refinery, Inc.**

United States Bankruptcy Court for the:  **CENTRAL DIST. OF CALIFORNIA**

Case number (if known):  _____

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

### Part 1: Summary of Assets

**1.**  **Schedule A/B: Assets--Real and Personal Property** (Official Form 206A/B)

   1a.  **Real property:**
   Copy line 88 from Schedule A/B............................................................................ | **$0.00**

   1b.  **Total personal property:**
   Copy line 91A from Schedule A/B....................................................................... | **$1,171,950.00**

   1c.  **Total of all property**
   Copy line 92 from Schedule A/B.......................................................................... | **$1,171,950.00**

### Part 2: Summary of Liabilities

**2.**  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................................... | **$1,114,431.19**

**3.**  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a.  **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F........................................... | **$54,418.00**

   3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F.............................. | **+  $5,026,072.40**

**4.**  **Total liabilities**
   Lines 2 + 3a + 3b.................................................................................... | **$6,194,921.59**

**Fill in this information to identify the case**

Debtor name        **Great American Mint & Refinery, Inc.**

United States Bankruptcy Court for the: **CENTRAL DIST. OF CALIFORNIA**

Case number
(if known)

☐ Check if this is an
   amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future
interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also
include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized.
In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and
Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any
pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the
additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the
pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a
fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset
only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the
terms used in this form.

## Part 1:    Cash and cash equivalents

1.    **Does the debtor have any cash or cash equivalents?**

    ☑ No. Go to Part 2.
    ☐ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|

2.    **Cash on hand**                                                                                   _____

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

    Name of institution (bank or brokerage firm)        Type of account        Last 4 digits of
                                                                                       account number

4.    **Other cash equivalents**        *(Identify all)*

    Name of institution (bank or brokerage firm)

5.    **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.        | **$0.00** |

## Part 2:    Deposits and prepayments

6.    **Does the debtor have any deposits or prepayments?**

    ☑ No. Go to Part 3.
    ☐ Yes. Fill in the information below.

Debtor **Great American Mint & Refinery, Inc.**                    Case number (if known) _____
  _____Name_____

 

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

9. **Total of Part 2.**
   Add lines 7 through 8. Copy the total to line 81.

   | Current value of debtor's interest |
   | --- |
   | $0.00 |

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☒ No. Go to Part 4.
    ☐ Yes. Fill in the information below.

11. **Accounts receivable**

Current value of debtor's interest

| 11a. 90 days old or less: | $0.00 | – | $0.00 | = ............→ | $0.00 |
| --- | --- | --- | --- | --- | --- |
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | $0.00 | – | $0.00 | = ............→ | $0.00 |
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

    | Current value of debtor's interest |
    | --- |
    | $0.00 |

## Part 4: Investments

13. **Does the debtor own any investments?**

    ☒ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- |

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                    % of ownership:

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

17. **Total of Part 4**
    Add lines 14 through 16. Copy the total to line 83.

    | Current value of debtor's interest |
    | --- |
    | $0.00 |

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☒ No. Go to Part 6.
    ☐ Yes. Fill in the information below.

Debtor   **Great American Mint & Refinery, Inc.**          Case number (if known) _____
         Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19. Raw materials**

**20. Work in progress**

**21. Finished goods, including goods held for resale**

**22. Other inventory or supplies**

**23. Total of Part 5**
Add lines 19 through 22.  Copy the total to line 84.

$0.00

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28. Crops--either planted or harvested**

**29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish

**30. Farm machinery and equipment** (Other than titled motor vehicles)

**31. Farm and fishing supplies, chemicals, and feed**

**32. Other farming and fishing-related property not already listed in Part 6**

**33. Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
      ☐ No
      ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Debtor | **Great American Mint & Refinery, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

## Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **8 workstations and 4 furnished offices. We have a copier, 4 printers and 6 computers.** | **$15,000.00** | | **$15,000.00** |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | $15,000.00 |
|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49. Aircraft and accessories** | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **600T Excrusion Press Maker: Mitsubishi Heavy Equip. Mode:I 610MG-110 SN: 511151** | | Comparable Sales | $200,000.00 |
| **360 Ton Automatic Coin Press Maker: Columbia** | | Comparable Sales | $165,000.00 |
| **8x8 Breakdown Rolling Mill Maker: Fenn Sept 2013** | | Comparable Sales | $125,000.00 |

| Debtor | Great American Mint & Refinery, Inc. | | Case number (if known) | |
|--------|------|---|------|---|
| | Name | | | |

**360 Ton Automatic Coin Press**
**Maker: HME**
**Model: CM3**

| Sept 2014 | | Comarable Sales | $90,000.00 |
|---|---|---|---|

**125 Kw Induction Power Pack**
**Maker: ITC**
**Model: ITC 125-30-R**

| May 2014 | | Comparable Sales | $62,000.00 |
|---|---|---|---|

**Billet Furnace**
**Maker: Baker Furnace**
**Model: Billit Furnace**

| SN: 333 | | Comparable Sales | $60,000.00 |
|---|---|---|---|

**5x8 Finish Rolling Mill**
**Maker: Reusch**

| | | Comparable Sales | $50,000.00 |
|---|---|---|---|

**550 Ton Hydraulic coining press**
**Maker: CMC**
**Model: 550**
**SN: 88119/10**

| Sept 2014 | | Comparable Sales | $25,000.00 |
|---|---|---|---|

**14" Belt annealing Furnace**
**Maker: BTU International**
**Model: TCA142-7-84E78**
**SN: MTAZ-9**

| August 2013 | | Comparable Sales | $20,000.00 |
|---|---|---|---|

**X-Ray Scanner**
**Maker: Smith's Detection**
**Model: 6046Si**
**SN: 29569**

| March 2016 | | Comparable Sales | $16,000.00 |
|---|---|---|---|

**High Speed Rimmer**
**Maker: Columbus Machine Works**

| | | Comperable Sales | $15,000.00 |
|---|---|---|---|

**200 LB Tilt Induction Furnace**
**Maker: ITC**

| May 2014 | | Comparable Sales | $14,900.00 |
|---|---|---|---|

**45 Ton OBI Punch Press**
**Maker: Minster**
**Model: OBI**

| SN: 5-19349 | | Comperable Sales | $12,000.00 |
|---|---|---|---|

**15" Lathe**
**Maker: LeBlond Makino**
**Model:15"**
**SN: 15C-936**

| Feb 2014 | | Comperable Sales | $12,000.00 |
|---|---|---|---|

**200 LB Tilt Induction Furnace**
**Maker: ITC**

| May 2014 | | Comparable Sales | $10,400.00 |
|---|---|---|---|

**35 Ton Gap Fram Punch Press**
**Maker: Stamtec**
**Model: G1-35**

| SN: 80811 | | Comparable Sales | $10,000.00 |
|---|---|---|---|

**35 Ton Gap Fram Punch Press**
**Maker: Stamtec**
**Model: G1-35**

| SN: 70658 | | Comparable Sales | $10,000.00 |
|---|---|---|---|

Debtor    **Great American Mint & Refinery, Inc.**    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| **Elevating Conveyor**<br>**Maker: Frazier & Son**<br>**Model: 5" Whiz Lifter**<br>**SN: 70-2327**<br>**April 2014** | **Comparable Sales** | **$10,000.00** |
| **XRF**<br>**Maker: Olympus**<br>**Model: 600299** | **Comparable Sales** | **$10,000.00** |
| **5000 LB Forklift**<br>**Maker: Hyster**<br>**Model: X50SM**<br>**SN: D187V256982**<br>**Jan 2014** | **Comparable Sales** | **$9,000.00** |
| **Coin Wrapper**<br>**Maker: Glory**<br>**Model: WR-400**<br>**SN: 1106** | **Comparable Sales** | **$7,500.00** |
| **Coin Wrapper**<br>**Maker: Brandt**<br>**Model: 1831-C**<br>**SN: 698498** | **Comparable Sales** | **$7,500.00** |
| **20KW Induction Melter**<br>**Maker: Superior Induction**<br>**Model: SI-20KWFL**<br>**SN: SI20KWLF0204**<br>**April 2013** | **Comparable Sales** | **$6,000.00** |
| **Stock Straightener**<br>**Maker: Regal**<br>**MOdel: 205-SS-06**<br>**SN: R3456**<br>**Sept 2014** | **Comparable Sales** | **$5,500.00** |
| **Tilt Gas Furnace**<br>**Maker: Mifco**<br>**Model: T80**<br>**SN: 178-0412** | **Comparable Sales** | **$5,000.00** |
| **Feed Bowl**<br>**Maker: Feed Matic**<br>**Model: 7-20**<br>**SN: 5559-73** | **Comparable Sales** | **$5,000.00** |
| **Blank Triming Lathe**<br>**Maker: Hardings**<br>**Model: HSL-59**<br>**Feb 2016** | **Comparable Sales** | **$5,000.00** |
| **5 Cu Ft vibratory Burnishing bowl**<br>**Maker: Roto-Finish** | **Comparable Sales** | **$5,000.00** |
| **Vertical Mill**<br>**Maker: Bridgeport**<br>**Model: J1**<br>**SN: J1-53444**<br>**April 2014** | **Comparable Sales** | **$5,000.00** |
| **Tilt Gas Furnace**<br>**Maker: Mifco**<br>**Model T-301**<br>**SN: 136-0112** | **Comperable Sales** | **$4,000.00** |

Debtor    **Great American Mint & Refinery, Inc.**    Case number (if known) _____
_____
Name

**Iron Worker Shear**
**Maker: Uni-Hydro**
**Model 42-14**
**SN: 3P4203X**                                    **Comparable Sales**            $4,000.00

**15 HP Air Compressor**
**Maker: Comp Air**
**Model: L11TUCL10**
**SN: D095433**                                    **Comparable Sales**            $4,000.00

**Skin Sealer**
**Maker: QVAC**
**Model: T1824**
**SN: 649910**
**Oct 2015**                                       **Comparable Sales**            $3,000.00

**Lab Scale**
**Maker: Satorious**
**Model: MC 210 P**                                **Comparable Sales**            $2,500.00

**6 x 12 Air Feed**
**Maker: Rapid Air**
**Model: F-X6**
**SN: 118763**
**Sept 2500**                                      **Comparable Sales**            $2,500.00

**Dual Chamber Heat Treating Furnace**
**Maker: Cress**
**Model: C2121SDHLCU&L**
**SN: 1009**
**Feb 2016**                                       **Comparable Sales**            $2,500.00

**Engraving Maching**
**Maker: New Hermes**
**Model: IS200**
**SN: CN1.730/B1**                                 **Comparable Sales**            $2,000.00

**10 Ton OBI Punch Press**
**Maker: Italian**
**SN: 10S**
**Sept 2014**                                      **Comparable Sales**            $1,500.00

**6 x 12 Surface Grinder**
**Maker: Boyar Schultz**
**Model: HR612**
**SN: 27723-HR**
**Dec 2013**                                       **Comparable Sales**            $1,500.00

**24" Throat Band Saw**
**Maker: Do All**
**Model: Metal Master**
**April 2013**                                                                     $1,500.00

**Water Cooling Tower**
**Maker: RSD**
**Model: RSD-050**
**SN: 01074**                                      **Comparable Sales**            $1,000.00

**Evaporative Swamp Cooler**
**Maker: Cool Space**
**Model: CS5-36VD**
**SN: 0805P2M1196**
**May 2014**                                       **Comparable Sales**            $1,000.00

**Shipping Scales (Tubes)**
**Maker: Satorious**
**Model: IP65**                                    **Comparable Sales**             $850.00

Debtor    **Great American Mint & Refinery, Inc.**                    Case number (if known) _____
          Name

**Billet Heating Kiln**
**Maker: Skutt**
**Model: KM-1018**
**SN: 007341**
**Jan 2014**                                        **Comparable Sales**              $600.00

**Paper Tape Machine**
**Maker: Better Pack**
**Model: 555es**
**SN: 5ES00045773**                                 **Comparable Sales**              $600.00

**Discharge Conveyer**
**Maker: Mini Mover**
**Model: 40-04060**
**October 2013**                                    **Comparable Sales**              $500.00

**Shipping Scale (Final)**
**Maker: Satorious**
**Model: SIWRDCP-V9**
**SN: 2805 9158**                                   **Comparable Sales**              $500.00

**Shipping Scale (First)**
**Maker: Satorious**
**Model: SIWRDCP-1-15-L**
**SN: 26359227**                                    **Comparable Sales**              $500.00

**Jar Tumbler**
**Maker: C&M Topline**                              **Comparable Sales**              $500.00

**Jar Tumbler**
**Maker: C&M Topline**                              **Comarable Sales**               $500.00

**Sand Blast Cabinet**
**Maker: Aero Blast**
**Model: 200**
**May 2015**                                        **Comparable Sales**              $500.00

**13" Drawer Storage Cabinet**
**Maker: Lyon**                                     **Comparable Sales**              $500.00

**9 Drawer Storage Cabinet**
**Maker: Kennedy**
**May 2015**                                        **Comparable Sales**              $500.00

**Tool Post Grinder**
**Maker Dumore**
**Model: 44-011**
**SN: 8171**
**July 2013**                                       **Comparable Sales**              $350.00

**8" Pedestal Grinder**
**Maker: Power Craft**
**Model: BG8UL2L**
**July 2013**                                       **Comparable Sales**              $300.00

**1HP Buff Motor**
**Maker: Leeson/Minarik**
**Model: C4D17FK5K**
**Oct 2014**                                        **Comparable Sales**              $250.00

**Wire Feed Welder**
**Maker: Miller**
**Model: Millermatic 211**
**SN: ME319058N**
**Nov 2014**                                        **Comparable Sales**              $250.00

Debtor    **Great American Mint & Refinery, Inc.**                    Case number (if known) _____
_____
            Name

**10" Pedestal Grinder**
**Maker: Cincinnati**
**Model: GOPA**
**SN: 229938**                                      **Comparable Sales**                    $250.00

**48 x 48 Man Lift Platform**
**Maker: Cotterman**
**Model: WM104C0**
**April 2015**                                      **Comparable Sales**                    $250.00

**Sand Blast Cabinet**
**Maker: Grizzly**
**Model: G0473**
**February 2013**                                   **Comparable Sales**                    $100.00

**Sand Blast Cabinet**
**Maker: Grizzly**
**Model: G0473**
**February 2013**                                   **Comparable Sales**                    $100.00

**17" Floor Scrubber**
**Maker: Power-Flite**
**Model: C171HD**
**SN: 412017343**                                   **Comparable Sales**                    $100.00

**Disk Sander**
**Maker: HFT**
**Model: T6852**
**SN: 6051086021**
**March 2013**                                      **Comparable Sales**                    $100.00

**Dust Collector**
**Maker: HFT**
**Model: 31810**
**March 2013**                                      **Comparable Sales**                    $50.00

**150 Ton Automatic Coin Press**
**Maker: Schuler**
**Model: MRH150**
**SN: 97-202283**
**Nov 2013**                                        **Comparable Sales**                    $80,000.00

**Auto Weigher**
**Maker: AP Auto Weigh**
**Model: HR11-P.4K-3CX2-SS**
**SN: 1311 0638**
**Dec 2013**                                        **Comparable Sales**                    $60,000.00

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.                    $1,156,950.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 9:   Real property**

54. **Does the debtor own or lease any real property?**

    ☑ No.  Go to Part 10.
    ☐ Yes.  Fill in the information below.

| Debtor | **Great American Mint & Refinery, Inc.** | Case number (if known) _____ |
|---|---|---|
| | Name | |

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|

**56.    Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.    | **$0.00** |

**57.    Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No
☐ Yes

**58.    Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No
☐ Yes

## Part 10:  Intangibles and Intellectual Property

**59.    Does the debtor have any interests in intangibles or intellectual property?**

☒ No.  Go to Part 11.
☐ Yes.  Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60.  Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.  Internet domain names and websites** | | | |
| **62.  Licenses, franchises, and royalties** | | | |
| **63.  Customer lists, mailing lists, or other compilations** | | | |
| **64.  Other intangibles, or intellectual property** | | | |
| **65.  Goodwill** | | | |

**66.    Total of Part 10.**

Add lines 60 through 65.  Copy the total to line 89.    | **$0.00** |

**67.    Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☒ No
☐ Yes

**68.    Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No
☐ Yes

**69.    Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No
☐ Yes

## Part 11:  All other assets

**70.    Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.  Go to Part 12.
☐ Yes.  Fill in the information below.

Debtor    **Great American Mint & Refinery, Inc.**    Case number (if known) _____
_____
Name

**Current value of
debtor's interest**

**71.** **Notes receivable**

Description (include name of obligor)

**72.** **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**73.** **Interests in insurance policies or annuities**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.** **Other contingent and unliquidated claims or causes of action of every nature,
including counterclaims of the debtor and rights to set off claims**

**76.** **Trusts, equitable or future interests in property**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78.** **Total of Part 11.**
Add lines 71 through 77.  Copy the total to line 90.

| $0.00 |

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$0.00** | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| **82.** **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| **83.** **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| **84.** **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| **85.** **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| **86.** **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$15,000.00** | |
| **87.** **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$1,156,950.00** | |
| **88.** **Real property.** *Copy line 56, Part 9*.............................➔ | | **$0.00** |
| **89.** **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| **90.** **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| **91.** **Total.** Add lines 80 through 90 for each column. 91a. | **$1,171,950.00** | + 91b. **$0.00** |

**92.** **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92.................................................... | $1,171,950.00 |

**Fill in this information to identify the case:**

Debtor name **Great American Mint & Refinery, Inc.**

United States Bankruptcy Court for the: **CENTRAL DIST. OF CALIFORNIA**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
| --- | --- | --- | --- |

**2.1**

Creditor's name
**BSB Leasing**

Creditor's mailing address
**P.O. Box 2149**

_____

_____

**Gig Harbor        WA    98335**

Creditor's email address, if known

_____

Date debt was incurred    **11/14/13**

Last 4 digits of account
number        **6  2  4  1**

Do multiple creditors have an interest in
the same property?

☑ No

☐ Yes. Specify each creditor, including this
creditor, and its relative priority.

Describe debtor's property that is
subject to a lien

**equpment**

Describe the lien

**Equipment / Agreement**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

| | | **$8,654.00** | **$80,000.00** |
| --- | --- | --- | --- |

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the
Additional Page, if any.**

**$1,114,431.19**

Debtor    **Great American Mint & Refinery, Inc.** _____   Case number (if known) _____

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

| | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |

Copy this page only if more space is needed. **Continue numbering the lines sequentially from the previous page.**

**2.2**

| **Creditor's name** | **Describe debtor's property that is** | |
|---|---|---|
| County of Orange Tax Collector | **subject to a lien** | |

**Creditor's mailing address**
P.O. Box 1438

_____

| | **Describe debtor's property that is** | | |
|---|---|---|
| | **subject to a lien** | $13,292.95 | $0.00 |
| | **Equipment** | | |
| | **Describe the lien** | | |
| | **Taxes / Statutory Lien** | | |

Santa Ana     CA   92702

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

| **Date debt was incurred**   2015 | **Is anyone else liable on this claim?** |
|---|---|

☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Last 4 digits of account number**   9  5  9  5

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**2.3**

| **Creditor's name** | **Describe debtor's property that is** | |
|---|---|---|
| Small Business Administration | **subject to a lien** | $1,080,301.24 |

**Creditor's mailing address**
Fresno Commercial Loan Serv. Ctr.

Office of Fin. Program Operations

801 R. St. #101

Fresno       CA   93721

| | **Describe debtor's property that is** | | |
|---|---|---|
| | **subject to a lien** | $1,080,301.24 | $1,016,950.00 |
| | **Equipment** | | |
| | **Describe the lien** | | |
| | **Loan / Agreement** | | |

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

| **Date debt was incurred**   2013 | **Is anyone else liable on this claim?** |
|---|---|

☐ No
☑ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Last 4 digits of account number**   9  7  5  0

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☑ Disputed

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

| Debtor | **Great American Mint & Refinery, Inc.** | Case number (if known) |
|---|---|---|

---

| **Part 1:** | **Additional Page** | | **Column A**<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.4**

| Creditor's name | Describe debtor's property that is subject to a lien | $12,183.00 | $60,000.00 |
|---|---|---|---|
| **United Financial Corp** | | | |

Creditor's mailing address

**1776 22nd St. #100**

**HR11-P.4K-3CX2-SS**

Describe the lien

**Equipment Lease / Agreement**

**Des Moines          IA      50266**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

Date debt was incurred    **12/30/2013**

**Is anyone else liable on this claim?**

Last 4 digits of account
number                    **0    4    9    2**

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in
the same property?**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ No
☐ Yes.  Have you already specified the
relative priority?

☐ Contingent
☐ Unliquidated
☑ Disputed

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines _____

Debtor   **Great American Mint & Refinery, Inc.**                                    Case number (if known) _____

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|---------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page.  If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|------------------------------------------------------------|-------------------------------------------------|
| **Partner's Bank** | Line _____ | **9  7  5  0** |
| **27201 Puerta Real #230** | | |
| **Mission Viejo        CA    92691** | | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **Great American Mint & Refinery, Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DIST. OF CALIFORNIA** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| | | | |

**2.1** Priority creditor's name and mailing address

**Employment Development Department**

**Bankruptcy Group MIC 92E**

**P.O. Box 826880**

**Sacramento          CA     94280**

Date or dates debt was incurred

**2015-2016**

Last 4 digits of account number     __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☒ No
☐ Yes

**Total claim:** **$53,197.00**    **Priority amount:** **$53,197.00**

**2.2** Priority creditor's name and mailing address

**State of California Franchis Tax Bd**

**Bankruptcy Dept.**

**P.O. Box 2952**

**Sacramento          CA     95812**

Date or dates debt was incurred

**2015**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☒ No
☐ Yes

**Total claim:** **$1,221.00**    **Priority amount:** **$0.00**

Debtor    **Great American Mint & Refinery, Inc.**      Case number (if known) _____

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.    **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

---

**3.1**   **Nonpriority creditor's name and mailing address**

**A&R Cleaning Service**

**407 N. McClay St.**

_____

**Santa Ana**     **CA**    **92701**

Date or dates debt was incurred    **2016**

Last 4 digits of account number    **i**   **c**   **a**   **n**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Service**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,140.00**

---

**3.2**   **Nonpriority creditor's name and mailing address**

**Ad America**

**1470 W. 9th St. Suite A**

_____

**Upland**     **CA**    **91786**

Date or dates debt was incurred    **2016**

Last 4 digits of account number    **i**   **c**   **a**   **n**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Printing**

Is the claim subject to offset?
☑ No
☐ Yes

**$270.00**

---

**3.3**   **Nonpriority creditor's name and mailing address**

**Ads Gold**

**3834 E. Eagle Dr.**

_____

**Anaheim**     **CA**    **92807**

Date or dates debt was incurred    **2016**

Last 4 digits of account number    **4**   **5**   **7**   **0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset?
☑ No
☐ Yes

**$235,000.00**

---

**3.4**   **Nonpriority creditor's name and mailing address**

**Aftab Adamjee**

**c/o Timothy Shields**

**George & Shields LLC**

**30 Corporate Park #300**

**Irvine**     **CA**    **92606**

Date or dates debt was incurred    **6/10/2015**

Last 4 digits of account number    **i**   **c**   **a**   **n**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Loan**

Is the claim subject to offset?
☑ No
☐ Yes

**$725,000.00**

---

| Debtor | **Great American Mint & Refinery, Inc.** | Case number (if known) | |
|---|---|---|---|

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,812.50 |
|---|---|---|---|

**Agressive Engineering Corp**

**1235 N. Knollwood Circle**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Anaheim.**    **CA**    **92801**

Basis for the claim: **Services**

Date or dates debt was incurred    **2016**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **8   4   8   7**

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $13,926.04 |
|---|---|---|---|

**Al Oster West**

**22833 E. La Palma Ave.**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Yorba Linda**    **CA**    **92877**

Basis for the claim: **Material**

Date or dates debt was incurred    **2016**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **0   2   6   3**

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $7,297.96 |
|---|---|---|---|

**Alyssa Fisher**

**6341 Amy Ave.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Garden Grove**    **CA**    **92845**

Basis for the claim: **Non Priority Wages**

Date or dates debt was incurred    **2015**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **E   0   0   1**

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,119.00 |
|---|---|---|---|

**American Alarm Systems**

**P.O. Box 10520**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Santa Ana**    **CA**    **92711**

Basis for the claim: **Utility**

Date or dates debt was incurred    **2016**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **5   9   6   3**

| Debtor | **Great American Mint & Refinery, Inc.** | Case number (if known) | |
|---|---|---|---|

## Part 2:  Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $18,166.60 |
|---|---|---|---|

**American Express**

**P.O. Box 981537**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Basis for the claim:**

| **El Paso** | **TX** | **79998** | **Credit Card** |
|---|---|---|---|

Date or dates debt was incurred **2015**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number **1  0  0  8**

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $282.00 |
|---|---|---|---|

**American West Coast Security**

**P.O. Box 159**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Basis for the claim:**

| **Chino** | **CA** | **91718** | **Services** |
|---|---|---|---|

Date or dates debt was incurred **2016**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number **i  c  a  n**

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $88,000.00 |
|---|---|---|---|

**Aza Properties, Inc.**

**1410 Vantage Ct.**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Basis for the claim:**

| **Vista** | **CA** | **92081** | **Past Rent** |
|---|---|---|---|

Date or dates debt was incurred **2016**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number **i  c  a  n**

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,469.34 |
|---|---|---|---|

**Bay State Crucible**

**P.O. Box 326**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Basis for the claim:**

| **Tauntom** | **MA** | **27180** | **Materials** |
|---|---|---|---|

Date or dates debt was incurred **2016**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number **4  7  0  7**

| Debtor | **Great American Mint & Refinery, Inc.** | Case number (if known) | |
|---|---|---|---|

## Part 2: | Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.13** | Nonpriority creditor's name and mailing address

**Bex Engraving**

**1101 E. Ash Ave. #C**

**Fullerton**      **CA**    **92831**

Date or dates debt was incurred    **2016**

Last 4 digits of account number    **i**   **c**   **a**   **n**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Service**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$3,215.40**

---

**3.14** | Nonpriority creditor's name and mailing address

**BK Brothers LLC**

**12207 W. Electric Lane**

**Sun City**      **AZ**    **85373**

Date or dates debt was incurred    **2016**

Last 4 digits of account number    **4**   **1**   **5**   **0**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Customer**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$7,681.00**

---

**3.15** | Nonpriority creditor's name and mailing address

**Bulhalter Nemer**

**18400 Von Karmen Ave. #800**

**Irvine**      **CA**    **92612**

Date or dates debt was incurred    **2015**

Last 4 digits of account number    **1**   **0**   **5**   **3**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Legal Fees**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$29,937.00**

---

**3.16** | Nonpriority creditor's name and mailing address

**Bullion Bank and Vault**

**621 W. Mallon Ave. #422**

**Spokane**      **WA**    **99201**

Date or dates debt was incurred    **2015**

Last 4 digits of account number    **1**   **4**   **0**   **0**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Customer**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$7,480.00**

---

| | |
|---|---|
| Debtor | **Great American Mint & Refinery, Inc.** |
| | Case number (if known) |

**Part 2:** **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,998.42 |
|---|---|---|---|

**California Choice Builder**

**721 S. Parker #200**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

| **Orange** | **CA** | **92868** |
|---|---|---|

Basis for the claim:
**Materials**

Date or dates debt was incurred    **2016**

Last 4 digits of account number    **i    c    a    n**

Is the claim subject to offset?
☑ No
☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $28,864.29 |
|---|---|---|---|

**California Safety Agency**

**8932 Katella Ave. #108**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

| **Anaheim** | **CA** | **92804** |
|---|---|---|

Basis for the claim:
**Services**

Date or dates debt was incurred    **2016**

Last 4 digits of account number    **6    A    M**

Is the claim subject to offset?
☑ No
☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $229.00 |
|---|---|---|---|

**Certified Asset Exchange**

**P.O. Box 6280**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

| **Newport Beach** | **CA** | **92658** |
|---|---|---|

Basis for the claim:
**Service**

Date or dates debt was incurred    **2016**

Last 4 digits of account number    **5    2    0    4**

Is the claim subject to offset?
☑ No
☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,280.00 |
|---|---|---|---|

**Christopher Hooper**

**11018 Agusta Way**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

| **Stanton** | **CA** | **90680** |
|---|---|---|

Basis for the claim:
**Non Priority Wages**

Date or dates debt was incurred    **2016**

Last 4 digits of account number    **8    2    3    0**

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Great American Mint & Refinery, Inc.** | Case number (if known) | |

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8,929.00** |

City of Anaheim

P.O. Box 3069

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

| Anaheim | CA | 92803 |

Basis for the claim:

**Utility**

Date or dates debt was incurred    **2016**

Is the claim subject to offset?

Last 4 digits of account number    **8    4    2    4**
- ☑ No
- ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,767.00** |

Columbia Machine Works

934 75th Ave.

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

| Oakland | CA | 94621 |

Basis for the claim:

**Service**

Date or dates debt was incurred    **2015**

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __
- ☑ No
- ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,922.04** |

Computer Associates, Inc.

36 Thurber Blvd.

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

| Smithfield | RI | 02917 |

Basis for the claim:

**Service**

Date or dates debt was incurred    **2015**

Is the claim subject to offset?

Last 4 digits of account number    **7    6    6    0**
- ☑ No
- ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$135.00** |

Conway & Sons

1602 W. Catherine Dr.

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

| Anaheim | CA | 92801 |

Basis for the claim:

**Supplies**

Date or dates debt was incurred    **2015**

Is the claim subject to offset?

Last 4 digits of account number    **2    4    5    1**
- ☑ No
- ☐ Yes

---

| Debtor | **Great American Mint & Refinery, Inc.** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.25** Nonpriority creditor's name and mailing address

Covenant Air Systems, Inc.

777 W. Lambert Rd.

Brea                    CA    92821

Date or dates debt was incurred    2016

Last 4 digits of account number    _i_  _c_  _a_  _n_

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
Service

Is the claim subject to offset?
☑ No
☐ Yes

**$1,830.00**

---

**3.26** Nonpriority creditor's name and mailing address

Credit Gold and Silver

18723 Via Princessa #302

Santa Clarita           CA    91387

Date or dates debt was incurred    2016

Last 4 digits of account number    _2_  _8_  _4_  _0_

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
Customer

Is the claim subject to offset?
☑ No
☐ Yes

**$18,910.00**

---

**3.27** Nonpriority creditor's name and mailing address

Crossroads Coins, Inc.

344 E. National Rd.

Vandalia                OH    45377

Date or dates debt was incurred    2016

Last 4 digits of account number    _0_  _5_  _9_  _0_

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
Customer

Is the claim subject to offset?
☑ No
☐ Yes

**$8,715.00**

---

**3.28** Nonpriority creditor's name and mailing address

Dale Joseph Bryant

625 W. Second St.

Antioch                 CA    94509

Date or dates debt was incurred    2016

Last 4 digits of account number    _2_  _1_  _7_  _0_

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
Service

Is the claim subject to offset?
☑ No
☐ Yes

**$8,900.00**

---

| Debtor | **Great American Mint & Refinery, Inc.** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,500.97 |
|---|---|---|---|

Damien Johnson

631 S. Glassell St. #C

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Orange | CA | 92866 |
|---|---|---|

**Basis for the claim:**

Non Priority Wages

Date or dates debt was incurred     2015

Last 4 digits of account number     E    0    0    3

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,000.00 |
|---|---|---|---|

Daniel Geiger

11521 Evergeen Creek Ln

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

| Las Vegas | NV | 89135 |
|---|---|---|

**Basis for the claim:**

Loan

Date or dates debt was incurred     2016

Last 4 digits of account number     9    2    3    0

Is the claim subject to offset?
- ☑ No
- ☐ Yes

On assignment from James Baker

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $24,000.00 |
|---|---|---|---|

Daniel Geiger

11521 Evergeen Creek Ln

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

| Las Vegas | NV | 89135 |
|---|---|---|

**Basis for the claim:**

Loan

Date or dates debt was incurred     2016

Last 4 digits of account number     i    c    a    n

Is the claim subject to offset?
- ☑ No
- ☐ Yes

by Assignment from Paul Aaron and Suntaur Entertainment

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown |
|---|---|---|---|

Daniel Geiger

11521 Evergeen Creek Ln

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

| Las Vegas | NV | 89135 |
|---|---|---|

**Basis for the claim:**

Non Priority Wages

Date or dates debt was incurred     2016

Last 4 digits of account number     9    0    4    0

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| Debtor | **Great American Mint & Refinery, Inc.** | | Case number (if known) | |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.33** Nonpriority creditor's name and mailing address

**Direct TV**

**P.O. Box 78626**

**Phoenix** **AZ** **85062**

Date or dates debt was incurred **2016**

Last 4 digits of account number **5 8 2 2**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Utility**

Is the claim subject to offset?
☑ No
☐ Yes

**$362.67**

---

**3.34** Nonpriority creditor's name and mailing address

**Discount Courier Services**

**2549-B Eastbluff Dr. #276**

**Newport Beach** **CA** **92660**

Date or dates debt was incurred **2016**

Last 4 digits of account number **7 3 9 6**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Delivery**

Is the claim subject to offset?
☑ No
☐ Yes

**$79.82**

---

**3.35** Nonpriority creditor's name and mailing address

**DSS Coin and Bullion**

**1906 S.13th St.**

**Omaha** **NE** **68108**

Date or dates debt was incurred **2015**

Last 4 digits of account number **2 8 1 0**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Customer**

Is the claim subject to offset?
☑ No
☐ Yes

**$164,700.00**

---

**3.36** Nonpriority creditor's name and mailing address

**Edwards Electric Telecom**

**30 Park St.**

**Stevens** **PA** **17578**

Date or dates debt was incurred **2016**

Last 4 digits of account number **4 1 7 0**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Customer**

Is the claim subject to offset?
☑ No
☐ Yes

**$8,500.00**

---

| Debtor | **Great American Mint & Refinery, Inc.** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,418.00** |
|---|---|---|---|

**Elsinore Buy and Sell $**

**16655 Lake Shore Dr.**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

| **Elsinore** | **CA** | **92530** | **Customer** |
|---|---|---|---|

| Date or dates debt was incurred | **2016** | Is the claim subject to offset? |
|---|---|---|

| Last 4 digits of account number | **1  4  1  0** | ☑ No ☐ Yes |
|---|---|---|

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$346.25** |
|---|---|---|---|

**Federal Express Corp**

**P.O. Box 7221**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

| **Pasadena** | **CA** | **91109** | **Delivery** |
|---|---|---|---|

| Date or dates debt was incurred | **2016** | Is the claim subject to offset? |
|---|---|---|

| Last 4 digits of account number | **0  3  6  7** | ☑ No ☐ Yes |
|---|---|---|

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,357.20** |
|---|---|---|---|

**First Choice Services**

**2909 Croddy Way**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

| **Santa Ana** | **CA** | **92704** | **Service** |
|---|---|---|---|

| Date or dates debt was incurred | **2016** | Is the claim subject to offset? |
|---|---|---|

| Last 4 digits of account number | **0  8  5  8** | ☑ No ☐ Yes |
|---|---|---|

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$49.95** |
|---|---|---|---|

**Gensis Background Screening Services**

**1119 S. Mission Rd. #126**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

| **Fallbrook** | **CA** | **92028** | **Service** |
|---|---|---|---|

| Date or dates debt was incurred | **2016** | Is the claim subject to offset? |
|---|---|---|

| Last 4 digits of account number | **m  m  c  o** | ☑ No ☐ Yes |
|---|---|---|

Debtor   **Great American Mint & Refinery, Inc.**_____   Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.41**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:                         **$151,750.00**
*Check all that apply.*

**Gold Depot, LTD**

**640 S. Hill St. #250**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

**Los Angeles**            **CA**    **90014**            **Customer**

Date or dates debt was incurred      **2015**

Last 4 digits of account number     **4    0    6    0**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.42**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:                         **$123,450.00**
*Check all that apply.*

**GoldSilver.com**

**23901 Calabasas Rd. #2009**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

**Calabasas**            **CA**    **91302**            **Customer**

Date or dates debt was incurred      **2015**

Last 4 digits of account number     **3    4    5    0**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.43**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:                         **$1,684.49**
*Check all that apply.*

**Good to Go Tech Solutions**

**4244 Avacado Ave.**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

**Yorba Linda**            **CA**    **92866**            **Service**

Date or dates debt was incurred      **2016**

Last 4 digits of account number     **i    c    a    n**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.44**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:                         **$44,433.50**
*Check all that apply.*

**GTG, LLP**

**650 White Dr. #100**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

**Las Vegas**            **NV**    **89119**            **Legal Services**

Date or dates debt was incurred      **2015-2016**

Last 4 digits of account number     **0    6    8    4**

Is the claim subject to offset?
☑ No
☐ Yes

| | |
|---|---|
| Debtor | **Great American Mint & Refinery, Inc.** |

Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.45** Nonpriority creditor's name and mailing address

Hilti Inc.

5400 S. 122nd East Ave.

_____

Tulsa                OK    74146

Date or dates debt was incurred    2015-2016

Last 4 digits of account number    4    0    9    0

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Customer**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$57,788.00**

---

**3.46** Nonpriority creditor's name and mailing address

Hostway Services Inc.

100 N. Riverside Plaza #800

_____

Chicago              IL    60606

Date or dates debt was incurred    2016

Last 4 digits of account number    9    2    7    0

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$895.05**

---

**3.47** Nonpriority creditor's name and mailing address

Hwang Jiang Sheng

c/o Timothy Shields

George & Shields LLC

30 Corporate Park #300

Irvine                CA    92606

Date or dates debt was incurred    6/10/2015

Last 4 digits of account number    i    c    a    n

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Loan**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$27,500.00**

---

**3.48** Nonpriority creditor's name and mailing address

John Rell

7791 Eileen St.

_____

Stanton              CA    90680

Date or dates debt was incurred    2016

Last 4 digits of account number    E    0    0    6

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Non Priority Wages**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$2,867.72**

---

| Debtor | **Great American Mint & Refinery, Inc.** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8,085.95** |
|---|---|---|---|

**Jose De La Riva, Jr.**

**9920 53rd St.**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Non Priority Wages**

| **Riverside** | **CA** | **92509** |
|---|---|---|

Date or dates debt was incurred    **2016**

Last 4 digits of account number    **8   2   8   0**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$127,180.00** |
|---|---|---|---|

**Kilver Trust**

**668 N. Coast Hwy #400**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Customer**

| **Laguna Beach** | **CA** | **92651** |
|---|---|---|

Date or dates debt was incurred    **2015**

Last 4 digits of account number    **4   0   4   0**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$894.00** |
|---|---|---|---|

**LA Computer Company**

**2993 E. White Star Ave.**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Services**

| **Anaheim** | **CA** | **92806** |
|---|---|---|

Date or dates debt was incurred    **2016**

Last 4 digits of account number    **5   3   6   7**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$45,750.00** |
|---|---|---|---|

**Liberty Coin**

**2201 E. Willow Ave. #AA**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Customer**

| **Signal Hill** | **CA** | **90755** |
|---|---|---|

Date or dates debt was incurred    **2015**

Last 4 digits of account number    **1   8   3   0**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| Debtor | **Great American Mint & Refinery, Inc.** | | Case number (if known) | |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,756.00** |

**Littler Mendelson**

**2050 Main St. #900**

☐ Contingent
☐ Unliquidated
☑ Disputed

| **Irvine** | **CA** | **92614** |

Basis for the claim:
**Legal Fees**

| Date or dates debt was incurred | **2016** |
| Is the claim subject to offset? |
☑ No
☐ Yes

| Last 4 digits of account number | **5  9  9  3** |

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,600.00** |

**Luigi Badia**

**40 Stone House Rd.**

☐ Contingent
☐ Unliquidated
☑ Disputed

| **Somers** | **NY** | **10589** |

Basis for the claim:
**Services**

| Date or dates debt was incurred | **2016** |
| Is the claim subject to offset? |
☑ No
☐ Yes

| Last 4 digits of account number | **8  4  2  0** |

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26,535.23** |

**Marshall-Sterling**

**110 Main St.**

☐ Contingent
☐ Unliquidated
☑ Disputed

| **Poughkeepsie** | **NY** | **12601** |

Basis for the claim:
**Insurance**

| Date or dates debt was incurred | **2015** |
| Is the claim subject to offset? |
☑ No
☐ Yes

| Last 4 digits of account number | **9  2  5  4** |

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$942.50** |

**Marvin Davis**

**10843 Garrett Rd.**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Stanton** | **CA** | **90680** |

Basis for the claim:
**Non Priority Wages**

| Date or dates debt was incurred | **2016** |
| Is the claim subject to offset? |
☑ No
☐ Yes

| Last 4 digits of account number | **8  5  5  0** |

---

| Debtor | **Great American Mint & Refinery, Inc.** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,918.81 |
|---|---|---|---|

**Master-Risk, Inc.**

**110 Main St.**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

| **Poughkeepsie** | **NY** | **12601** | **Insurance** |

Date or dates debt was incurred    **2016**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **8   5   6   0**

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,489.15 |
|---|---|---|---|

**Matheson Tri-Gas, Inc.**

**Dept LA 23793**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

| **Pasadena** | **CA** | **91185** | **Material** |

Date or dates debt was incurred    **2016**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **3   0   1   1**

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,351.96 |
|---|---|---|---|

**McFadden Dale Hardware**

**2925 E. La Palma Ave.**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

| **Anaheim** | **CA** | **92806** | **Supplies** |

Date or dates debt was incurred    **2016**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **2   2   0   8**

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,994.00 |
|---|---|---|---|

**Medallion Mint**

**1201 S. 3rd St.**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

| **Chickosho** | **OK** | **73018** | **Customer** |

Date or dates debt was incurred    **2015**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **4   1   0   0**

| Debtor | **Great American Mint & Refinery, Inc.** | Case number (if known) | |
|---|---|---|---|

---

## Part 2: | Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,023.54 |
|---|---|---|---|

Check all that apply.

**Metal Supermarkets**

**1273 N. Blue Gum St.**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

| **Anaheim** | **CA** | **92806** | **Materials** |

| Date or dates debt was incurred | **2016** | Is the claim subject to offset? |
| Last 4 digits of account number | __ **1** **3** **6** | ☑ No ☐ Yes |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $71.97 |
|---|---|---|---|

Check all that apply.

**Metlife Benefits**

**P.O. Box 13724**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

| **Philadelphia** | **PA** | **19101** | **Employee Benefit** |

| Date or dates debt was incurred | **2015** | Is the claim subject to offset? |
| Last 4 digits of account number | **8** **2** **7** **1** | ☑ No ☐ Yes |

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,912.97 |
|---|---|---|---|

Check all that apply.

**Mike Gibbons**

**P.O. Box 6083**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

| **Santa Rosa** | **CA** | **92706** | **Non Priority Wages** |

| Date or dates debt was incurred | **2016** | Is the claim subject to offset? |
| Last 4 digits of account number | **E** **0** **0** **2** | ☑ No ☐ Yes |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,185.00 |
|---|---|---|---|

Check all that apply.

**Mountain High Coins & Collectables**

**185 S.E. 3rd**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

| **Bend** | **OR** | **97701** | **Materials** |

| Date or dates debt was incurred | **2015** | Is the claim subject to offset? |
| Last 4 digits of account number | **8** **5** **1** **3** | ☑ No ☐ Yes |

---

Debtor  **Great American Mint & Refinery, Inc.**                              Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                              Amount of claim

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $250,000.00 |
|---|---|---|---|

**Mujib and Amina Khan**

**c/o Timothy Shields**

**George & Shields LLC**

**30 Corporate Park #300**

**Irvine**                         **CA**    **92606**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Loan**

Date or dates debt was incurred    **6/10/2015**

Last 4 digits of account number    __i__  __c__  __a__  __n__

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | | $44,558.66 |
|---|---|---|---|

**Nacobre USA**

**15055 Woodham Dr.**

**Houston**                        **TX**    **77073**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Material**

Date or dates debt was incurred    **2015**

Last 4 digits of account number    __1__  __7__  __7__  __1__

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Nelson Brewart**

**14 Alta Hills Way**

**Laguna Niguel**                   **CA**    **92677**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Loans**

Date or dates debt was incurred    **2012-2015**

Last 4 digits of account number    __i__  __c__  __a__  __n__

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | | $195.59 |
|---|---|---|---|

**New Pig**

**One Pork Ave.**

**Tipton**                         **PA**    **16684**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Supplies**

Date or dates debt was incurred    **2016**

Last 4 digits of account number    __5__  __3__  __7__  __9__

Is the claim subject to offset?

☑ No
☐ Yes

---

| Debtor | **Great American Mint & Refinery, Inc.** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,580.00** |
|---|---|---|---|

Check all that apply.

**Northern Plains Coins**

**2425 Main**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

| **Fargo** | **ND** | **58103** | **Customer** |
|---|---|---|---|

Date or dates debt was incurred    **2015**

Is the claim subject to offset?

Last 4 digits of account number    **2  0  4  0**

☑ No
☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$90.00** |
|---|---|---|---|

Check all that apply.

**Orange County Copiers & Printers**

**16303 1/2 Piuma**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

| **Cerritos** | **CA** | **90703** | **Printing** |
|---|---|---|---|

Date or dates debt was incurred    **2016**

Is the claim subject to offset?

Last 4 digits of account number    **2  4  5  9**

☑ No
☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$540.00** |
|---|---|---|---|

Check all that apply.

**Oscar Robles**

**32221 Alipaz St.**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

| **San Juan Capistrano** | **CA** | **92675** | **Service** |
|---|---|---|---|

Date or dates debt was incurred    **2016**

Is the claim subject to offset?

Last 4 digits of account number    **i  c  a  n**

☑ No
☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$500.00** |
|---|---|---|---|

Check all that apply.

**Pacific Industrial Water Systems**

**P.O. Box 3039**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

| **Fullerton** | **CA** | **92834** | **Utility** |
|---|---|---|---|

Date or dates debt was incurred    **2016**

Is the claim subject to offset?

Last 4 digits of account number    **7  9  1  7**

☑ No
☐ Yes

---

Debtor    **Great American Mint & Refinery, Inc.**                          Case number (if known)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,779.07 |
|------|--------------------------------------------------|------------------------------------------------|-----------|

Check all that apply.

**Parricia Diane Golla**

**8216 Eastpart Dr.**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**Huntington Beach          CA      92646**     **Non Priority Wages**

Date or dates debt was incurred      **2016**      Is the claim subject to offset?

Last 4 digits of account number      **3   2   5   0**      ☑ No
                                                              ☐ Yes

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $33,195.17 |
|------|--------------------------------------------------|------------------------------------------------|------------|

Check all that apply.

**Paychex**

**1175 John St. West**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

**West Henrietta          NY      14586**      **Service**

Date or dates debt was incurred      **2015-2016**      Is the claim subject to offset?

Last 4 digits of account number      **0   0   3   0**      ☑ No
                                                              ☐ Yes

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $43,000.00 |
|------|--------------------------------------------------|------------------------------------------------|------------|

Check all that apply.

**Perth Bullion**

**180 Wright St.**

**Cloverdale Western**

**Austraila, 6105**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

**Wages**

Date or dates debt was incurred      **2015**      Is the claim subject to offset?

Last 4 digits of account number      **3   5   3   0**      ☑ No
                                                              ☐ Yes

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $299,853.39 |
|------|--------------------------------------------------|------------------------------------------------|-------------|

Check all that apply.

**Phillip Dodge**

**738 Tustin Ave. #8**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

**Newport Beach          CA      92663**      **Various loans and older wages**

Date or dates debt was incurred      **2015-2016**      Is the claim subject to offset?

Last 4 digits of account number      **r   i   c   a**      ☑ No
                                                              ☐ Yes

Debtor    **Great American Mint & Refinery, Inc.** _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $286.80 |

**Pitney Bowes Global F.S. LLC** _____

**P.O. Box 371887** _____

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Pittsburg**          **PA**    **15250**

**Basis for the claim:**  **Postage** _____

Date or dates debt was incurred    **2016**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    **0  3  5  9**

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $285.36 |

**Porter Warner Industries** _____

**P.O. Box 2159** _____

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Chattanooga**          **TN**    **37409**

**Basis for the claim:**  **Material** _____

Date or dates debt was incurred    **2016**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    **0  8  8  0**

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $69.43 |

**Praxair** _____

**Dept LA 21511** _____

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Pasadena**          **CA**    **91185**

**Basis for the claim:**  **Supplies** _____

Date or dates debt was incurred    **2016**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    **N  6  2  0**

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $212.00 |

**Pro Pacific** _____

**P.O. Box 3350** _____

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Escondido**          **CA**    **92033**

**Basis for the claim:**  **Service** _____

Date or dates debt was incurred    **2015**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    **1  6  8  5**

| Debtor | **Great American Mint & Refinery, Inc.** | Case number (if known) | |
|--------|------|------|------|

---

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $734.93 |
|------|------|------|------|

**Professional Finishing Systems**

**12341 Gladstone Ave.**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

| **Sylmar** | **CA** | **91342** |
|---|---|---|

**Services**

Date or dates debt was incurred      **2015**

Is the claim subject to offset?

Last 4 digits of account number      **8    0    0    0**

☑ No
☐ Yes

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $365.32 |
|------|------|------|------|

**Rayne Water Conditioning**

**P.O. Box 3039**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

| **Fullerton** | **CA** | **92834** |
|---|---|---|

**Material**

Date or dates debt was incurred      **2015**

Is the claim subject to offset?

Last 4 digits of account number      **9    0    4    5**

☑ No
☐ Yes

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,128.32 |
|------|------|------|------|

**Richard E. Hughes, MD, Inc.**

**1300 N. Kramer Blvd.**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

| **Anaheim** | **CA** | **92806** |
|---|---|---|

**Services**

Date or dates debt was incurred      **2015**

Is the claim subject to offset?

Last 4 digits of account number      **8    5    6    8**

☑ No
☐ Yes

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,213.42 |
|------|------|------|------|

**Richard Stewart**

**2020 W. Alameda #19E**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

| **Anaheim** | **CA** | **92801** |
|---|---|---|

**Non Priority Wages**

Date or dates debt was incurred      **2015**

Is the claim subject to offset?

Last 4 digits of account number      **8    2    6    0**

☑ No
☐ Yes

---

| Debtor | **Great American Mint & Refinery, Inc.** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,332.00** |
|---|---|---|---|

**Rock Valley Collectables**

**P.O. Box 322**

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

| **Dixon** | **IL** | **61021** |
|---|---|---|

**Basis for the claim:**

**Customer**

Date or dates debt was incurred     **2015**

Last 4 digits of account number     **2   0   1   0**

Is the claim subject to offset?
☑ No
☐ Yes

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$45,192.00** |
|---|---|---|---|

**Rogue Valley Coin Exchange**

**41 S. Grape St.**

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

| **Medford** | **OR** | **97501** |
|---|---|---|

**Basis for the claim:**

**Customer**

Date or dates debt was incurred     **2015**

Last 4 digits of account number     **4   0   2   0**

Is the claim subject to offset?
☑ No
☐ Yes

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,948.76** |
|---|---|---|---|

**Ryan Mendoza**

**9302 Coraham Circle**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Cypress** | **CA** | **90630** |
|---|---|---|

**Basis for the claim:**

**Non Priority Wages**

Date or dates debt was incurred     **2015**

Last 4 digits of account number     **E   0   0   4**

Is the claim subject to offset?
☑ No
☐ Yes

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,432.92** |
|---|---|---|---|

**Salvador Lesama**

**161 N. Fir St.**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Orange** | **CA** | **92868** |
|---|---|---|

**Basis for the claim:**

**Non Priority Wages**

Date or dates debt was incurred     **2015**

Last 4 digits of account number     **8   2   5   0**

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Great American Mint & Refinery, Inc.** | Case number (if known) |
|---|---|---|

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$12,415.46**
*Check all that apply.*

Sandra Norby

14512 Emerywood Rd

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Tustin            CA      92780      **Non Priority Wages**

Date or dates debt was incurred      **2016**

Is the claim subject to offset?

Last 4 digits of account number      **8    1    9    0**

☒ No
☐ Yes

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$26,484.59**
*Check all that apply.*

Sean Moffatt

934 75th Ave.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Oakland            CA      94621      **Non Priority Wages**

Date or dates debt was incurred      **2016**

Is the claim subject to offset?

Last 4 digits of account number      **0    0    9    0**

☒ No
☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$209.94**
*Check all that apply.*

Stamps.com

P.O. Box 202928

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

Dallas            TX      75320      **Postage**

Date or dates debt was incurred      **2016**

Is the claim subject to offset?

Last 4 digits of account number      **2    5    0    4**

☒ No
☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,109.56**
*Check all that apply.*

Technology Corporation

9924 Rancho Rd.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

Adelanto            CA      92301      **Service**

Date or dates debt was incurred      **2016**

Is the claim subject to offset?

Last 4 digits of account number      **0    5    3    1**

☒ No
☐ Yes

---

| Debtor | **Great American Mint & Refinery, Inc.** | Case number (if known) | |
|--------|------------------------------------------|------------------------|--|

**Part 2:** **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,948.21 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**Telepacific Communications**

P.O. Box 509013

☐ Contingent
☐ Unliquidated
☑ Disputed

| San Diego | CA | 92150 |
|-----------|----|-------|

Basis for the claim: **Utility**

Date or dates debt was incurred **2016**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number **0  3  7  8**

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,979.00 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**Tessa Kelley**

621 N. Spurgeon St.

☐ Contingent
☐ Unliquidated
☑ Disputed

| Santa Ana | CA | 92701 |
|-----------|----|-------|

Basis for the claim: **Services**

Date or dates debt was incurred **2016**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number **9  0  1  0**

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784,800.00 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-------------|

**The Gold Center**

3000 W. Iles Ave.

☐ Contingent
☐ Unliquidated
☑ Disputed

| Springville | IL | 62704 |
|-------------|----|-------|

Basis for the claim: **Customer**

Date or dates debt was incurred **2015**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number **8  5  2  0**

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,528.80 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**Transamerica**

1150 S. Olive St.

☐ Contingent
☐ Unliquidated
☑ Disputed

| Los Angeles | CA | 90015 |
|-------------|----|-------|

Basis for the claim: **Insurance**

Date or dates debt was incurred **2015**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number **7  1  8  9**

| Debtor | **Great American Mint & Refinery, Inc.** | Case number (if known) | |
|---|---|---|---|

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,823.30 |
|---|---|---|---|

**Transline Supply Co.**

**P.O. Box 9805**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**
**Materials**

| **Newport Beach** | **CA** | **92658** |
|---|---|---|

Date or dates debt was incurred    **2015**

Last 4 digits of account number    **7  1  8  0**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30,870.00 |
|---|---|---|---|

**Trump Dollar Inc**

**927 N>Corren River Rd.**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**
**Customer**

| **Evansville** | **IN** | **47715** |
|---|---|---|

Date or dates debt was incurred    **2015**

Last 4 digits of account number    **9  2  2  0**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,112.55 |
|---|---|---|---|

**Tyler Barnett**

**1228 Cameo LN**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Non Priority Wages**

| **Fullerton** | **CA** | **92831** |
|---|---|---|

Date or dates debt was incurred    **2015**

Last 4 digits of account number    **8  2  0  0**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,632.64 |
|---|---|---|---|

**Uline Ship Supplies**

**P.O. Box 88741**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**
**Supplies**

| **Chicago** | **IL** | **60680** |
|---|---|---|

Date or dates debt was incurred    **2015**

Last 4 digits of account number    **5  5  9  3**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| Debtor | **Great American Mint & Refinery, Inc.** | | Case number (if known) | |

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$35,000.00** |

**Ulrich Blankenstein**

**2792 Maiway Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Roosmoor** | **CA** | **90720** | **Loan** |

Date or dates debt was incurred    **2015**

Last 4 digits of account number    **1  8  2  0**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$189,000.00** |

**Ulrich Blankenstein**

**2792 Main Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Roosmoor** | **CA** | **90720** | **Wages** |

Date or dates debt was incurred    **2016**

Last 4 digits of account number    **1  8  2  0**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.103** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$515,000.00** |

**Ulrich Blankenstein**

**2792 Mainway Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Roosmoor** | **CA** | **90720** | **Loan** |

Date or dates debt was incurred    **2013**

Last 4 digits of account number    **1  8  2  0**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.104** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$106.20** |

**UPS**

**P.O. box 30549**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

| **Charleston** | **SC** | **23917** | **Delivery** |

Date or dates debt was incurred    **2015**

Last 4 digits of account number    **6  8  6  8**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **Great American Mint & Refinery, Inc.** | Case number (if known) | |
|---|---|---|---|

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.105** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$407.72** |

**Verizon Wireless**

**P.O. Box 660108**

☐ Contingent
☐ Unliquidated
☑ Disputed

| **Dallas** | **TX** | **75266** |

Basis for the claim: **Utility**

Date or dates debt was incurred    **2015**

Is the claim subject to offset?

Last 4 digits of account number    **i**   **c**   **a**   **n**

☑ No
☐ Yes

---

| **3.106** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250,000.00** |

**Wang Kuo Shing**

**c/o Timothy Shields**

**George & Shields LLC**

**30 Corporate Park #300**

☐ Contingent
☐ Unliquidated
☑ Disputed

| **Irvine** | **CA** | **92606** |

Basis for the claim: **Loan**

Date or dates debt was incurred    **6/10/2015**

Is the claim subject to offset?

Last 4 digits of account number    **i**   **c**   **a**   **n**

☑ No
☐ Yes

---

| **3.107** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$247,500.00** |

**Yussuff Chinoy**

**c/o Timothy Shields**

**George & Shields LLC**

**30 Corporate Park #300**

☐ Contingent
☐ Unliquidated
☑ Disputed

| **Irvine** | **CA** | **92606** |

Basis for the claim: **Loan**

Date or dates debt was incurred    **6/10/2015**

Is the claim subject to offset?

Last 4 digits of account number    **i**   **c**   **a**   **n**

☑ No
☐ Yes

---

Debtor  **Great American Mint & Refinery, Inc.**                    Case number (if known) _____

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.**   Add the amounts of priority and nonpriority unsecured claims.

| | | | | **Total of claim amounts** |
|---|---|---|---|---|
| 5a. | **Total claims from Part 1** | | 5a. | **$54,418.00** |
| 5b. | **Total claims from Part 2** | | 5b. + | **$5,026,072.40** |
| 5c. | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | | 5c. | **$5,080,490.40** |

| **Fill in this information to identify the case:** |
| --- |
| Debtor name  **Great American Mint & Refinery, Inc.** |
| United States Bankruptcy Court for the: **CENTRAL DIST. OF CALIFORNIA** |
| Case number _____   Chapter ___**11**___<br>(if known) |

☐ Check if this is an
   amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

   ☑  No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

   ☐  Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.  **List all contracts and unexpired leases**                    State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**Fill in this information to identify the case:**

Debtor name        **Great American Mint & Refinery, Inc.**

United States Bankruptcy Court for the: **CENTRAL DIST. OF CALIFORNIA**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors                                                                                      12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries
consecutively.  Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**
    ☐  No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.
    ☑  Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
    schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is
    owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor
    separately in Column 2.

| *Column 1:*  **Codebtor** | | *Column 2:*  **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.1  Nelson Brewart** | **12 Alta Hills Drive**<br>Number     Street | **Partner's Bank** | ☑  D<br>☐  E/F<br>☐  G |
| | **Laguna Niguel        CA   92677**<br>City                                State   ZIP Code | | |
| **2.2  Nelson Brewart** | **12 Alta Hills Drive**<br>Number     Street | **Small Business Administration** | ☑  D<br>☐  E/F<br>☐  G |
| | **Laguna Niguel        CA   92677**<br>City                                State   ZIP Code | | |

**Fill in this information to identify the case and this filing:**

Debtor Name  **Great American Mint & Refinery, Inc.**

United States Bankruptcy Court for the: **CENTRAL DIST. OF CALIFORNIA**

Case number
(if known)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents.  This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **11/03/2016**          X **/s/ Ulrich Blankenstein**
      MM / DD / YYYY          Signature of individual signing on behalf of debtor

                  **Ulrich Blankenstein**
                  Printed name
                  **President**
                  Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **Great American Mint & Refinery, Inc.**

United States Bankruptcy Court for the: **CENTRAL DIST. OF CALIFORNIA**

Case number
(if known)

☐ Check if this is an
   amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:   Income

**1.   Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply. | Gross revenue<br>(before deductions<br>and exclusions |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/01/2015**<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other _____ | _____ |
| For prior year: | From **01/01/2014**<br>MM / DD / YYYY | to | **12/31/2014**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$27,310,425.00** |
| For the year before that: | From **01/01/2013**<br>MM / DD / YYYY | to | **12/31/2013**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$7,746,775.00** |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3.   Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

Debtor    **Great American Mint & Refinery, Inc.**                                    Case number (if known) _____
_____
Name

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425.  (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☑ None

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Adamjee v. Great American** | **Business Dispute and Collection** | **Orange County Superior Court** <br> Name <br> **700 Civic Center West** <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **30-2016-00853919** | | **Santa Ana        Ca    92701** <br> City        State    ZIP Code | |
| 7.2. | Case title <br> **Brewart v. Great American** | Nature of case <br> **Collection** | Court or agency's name and address <br> **Orange County Superior Court** <br> Name <br> **700 Civic Center Dr. West** <br> Street | Status of case <br> ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **00857797** | | **Santa Ana        CA    92701** <br> City        State    ZIP Code | |
| 7.3. | Case title <br> **Ads Gold v. Great American** | Nature of case <br> **Collection** | Court or agency's name and address <br> **Orange County Superior Court** <br> Name <br> **700 Civic Center Dr. West** <br> Street | Status of case <br> ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **870034** | | **Santa Ana        CA    92701** <br> City        State    ZIP Code | |

Debtor      **Great American Mint & Refinery, Inc.**
            Name                                                    Case number (if known) _____

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.4. | **AZA Properties v. Great American** | **Past Rent** | **Orange County Superior Court**<br>Name<br>**700 Civic Center Dr. West**<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**857943** | | **Santa Ana      CA   92701**<br>City              State  ZIP Code | |
| 7.5. | **Tyler Barnett v. Great American** | **Past Wages** | **Orange County Superior Court**<br>Name<br>**700 Civic Center Dr. West**<br>Street | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**878194** | | **Santa Ana      CA   92701**<br>City              State  ZIP Code | |
| 7.6. | **Marvin Davis v. Great American** | **Past Wages** | **Orange County Superior Court**<br>Name<br>**700 Civic Center Dr. West**<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**875371** | | **Santa Ana      CA   92701**<br>City              State  ZIP Code | |
| 7.7. | **Alyssa Fisher v. Great American** | **Past Wages** | **Orange County Superior Court**<br>Name<br>**700 Civic Center Dr. West**<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**877507** | | **Santa Ana      CA   92701**<br>City              State  ZIP Code | |
| 7.8. | **Mike Gibbons v. Great American** | **Past Wages** | **Orange County Superior Court**<br>Name<br>**700 Civic Center Dr. West**<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**878207** | | **Santa Ana      CA   92701**<br>City              State  ZIP Code | |
| 7.9. | **Gold Depot v. Great American** | **Collection** | **Orange County Superior Court**<br>Name<br>**700 Civic Center Dr. West**<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**866085** | | **Santa Ana      CA   92701**<br>City              State  ZIP Code | |

Debtor    **Great American Mint & Refinery, Inc.**                    Case number (if known) _____
_____Name_____

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.10. **Hilti v. Great American** | **Materials** | **Orange County Superior Court**<br>Name<br>**700 Civic Center Dr. west**<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number<br>**857757** | | **Santa Ana          CA    92701**<br>City                State    ZIP Code | |
| 7.11. **Salvador Lesama v. Great American** | **Past Wages** | **Orange County Superior Court**<br>Name<br>**700 Civic Center Dr. West**<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number<br>**878242** | | **Santa Ana          CA    92701**<br>City                State    ZIP Code | |
| 7.12. **Ryan Mendoza v. Great American** | **Past Wages** | **Orange County Superior Court**<br>Name<br>**700 Civic Center Dr. West**<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number<br>**878248** | | **Santa Ana          CA    92701**<br>City                State    ZIP Code | |
| 7.13. **Jose De la Riva v. Great American** | **Past Wages** | **Orange County Superior Court**<br>Name<br>**700 Civic Center Dr. West**<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number<br>**877493** | | **Santa Ana          CA    92701**<br>City                State    ZIP Code | |
| 7.14. **UnitedFinCorp Inc. v. Great American** | **Materials** | **Orange County Superior Court**<br>Name<br>**700 Civic Center Dr. West**<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number<br>**867197** | | **Santa Ana          CA    92701**<br>City                State    ZIP Code | |

| Debtor | **Great American Mint & Refinery, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Totaro & Shanahan** | | **9/28/2016** | **$35,000.00** |
| | **Address** | | | |
| | **P.O. Box 789** | | | |
| | Street | | | |
| | **Pacific Palisades     CA     90272** | | | |
| | City                State   ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

Debtor    **Great American Mint & Refinery, Inc.**                    Case number (if known) _____
Name

**13.  Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

## Part 7:    Previous Locations

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

## Part 8:    Health Care Bankruptcies

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

## Part 9:    Personally Identifiable Information

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained _____

Does the debtor have a privacy policy about that information?
☐ No.
☐ Yes.

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
☐ No.  Go to Part 10.
☐ Yes.  Fill in below:

Debtor    **Great American Mint & Refinery, Inc.**                    Case number (if known)
            Name

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

## Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes. Provide details below.

Debtor    **Great American Mint & Refinery, Inc.**    Case number (if known) _____
          Name

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

**24.  Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
| --- | --- |

**25.  Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☑ None

**26.  Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | | Dates of service | | |
| --- | --- | --- | --- | --- | --- |
| 26a.1. | **Skeehan & Company** | | From | **2013** | To | **On going** |
| | Name | | | | | |
| | **180 S. Lake Ave. 7th Fl** | | | | | |
| | Street | | | | | |
| | | | | | | |
| | **Pasadena** | **CA** | **91101** | | | |
| | City | State | ZIP Code | | | |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | | If any books of account and records are unavailable, explain why |
| --- | --- | --- | --- |
| 26c.1. | **Skeehan & Company** | | |
| | Name | | |
| | **180 S. Lake Ave. 7th Fl** | | |
| | Street | | |
| | | | |
| | **Pasadena** | **CA** | **91101** |
| | City | State | ZIP Code |

| Name and address | | | If any books of account and records are unavailable, explain why |
| --- | --- | --- | --- |
| 26c.2. | **Nelson Brewart** | | |
| | Name | | |
| | **12 Alta Hills Dr.** | | |
| | Street | | |
| | | | |
| | **Laguna Niguel** | **CA** | **92677** |
| | City | State | ZIP Code |

Debtor  **Great American Mint & Refinery, Inc.**                                Case number (if known) _____
        Name

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a
financial statement within 2 years before filing this case.

    ☑ None

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ☑ No.
    ☐ Yes.  Give the details about the two most recent inventories.

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ulrich Blankenstein | 1020 N Armando Street Anaheim, CA 90720 | Director-President | |
| Nelson Brewart | 12 Alta Hills Dr. Laguna Hills, CA 92677 | Possible Shareholder | 100% |
| Daniel Geiger | 11521 Evergeen Creek Ln Las Vegas, NV 89135 | Possible Shareholder | |
| Philip Dodge | 738 Tustin Ave. #8 Newport Beach, CA 92663 | Possible Shareholder | 25% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ☐ No
    ☑ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Philip Dodge | 738 Tustin Ave. #8 Newport Beach, CA 92663 | Sharehold Board Member | From 2013 To 11/20/16 |
| Daniel Geiger | 11521 Evergeen Creek Ln Las Vegas, NV 89135 | Director | From 9/20/16 To 8/20/16 |
| Theodora Hart | | CEO | From 9/20/15 To 8/20/16 |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☑ No
    ☐ Yes.  Identify below.

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ☑ No
    ☐ Yes.  Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ☑ No
    ☐ Yes.  Identify below.

Debtor    **Great American Mint & Refinery, Inc.**＿＿＿＿＿＿＿＿＿＿    Case number (if known)＿＿＿＿＿＿＿＿＿＿
　　　　　　Name

**Part 14:**　　**Signature and Declaration**

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11/03/2016**＿＿＿＿
　　　　　　MM / DD / YYYY

**X** **/s/ Ulrich Blankenstein**＿＿＿＿＿＿＿＿＿＿　　Printed name **Ulrich Blankenstein**＿＿＿＿＿＿＿＿＿＿
　　Signature of individual signing on behalf of the debtor

　　Position or relationship to debtor **President**＿＿＿＿＿＿＿＿＿＿

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION**

In re  **Great American Mint & Refinery, Inc.**                    Case No. _____

                                                                                 Chapter    **11**    _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept.................................................................    $35,000.00

   Prior to the filing of this statement I have received.........................................    $35,000.00

   Balance Due..........................................................................................................    $0.00

2. The source of the compensation paid to me was:

   ☑ Debtor              ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor              ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:
    **Adversary actions based on fraud.**

---

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| __**11/03/2016**__ | __**/s/ Michael R. Totaro**__ | |
|---|---|---|
| *Date* | *Michael R. Totaro* | Bar No.  102229 |

| Attorney or Party name, Address, Telephone and Fax Numbers, and California State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Totaro & Shanahan<br>Michael R. Totaro  102229<br>P.O. Box 789<br>Pacific Palisades, CA 90272<br><br>(310) 573-0276  FAX  (319) 496-1260<br>Ocbkatty@aol.com<br><br>☐  *Debtor(s) appearing without attorney*<br>☒  *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Great American Mint & Refinery, Inc. | CASE NO:<br><br>Chapter **11** |
|---|---|
| | **VERIFICATION OF MASTER**<br>**MAILING LIST OF CREDITORS**<br>**[LBR 1007-1(d)]** |
| Debtor(s) | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of 13_____ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  _November 3, 2016_____     /s/ Ulrich Blankenstein, President._____
                                          Signature of Debtor 1
Date:  _November 3, 2016_____     /s/_____
                                          Signature of Debtor 2  (joint debtor) (if applicable)
Date:  _November 3, 2016_____     /s/ Michael R. Totaro
                                          Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

*December 2015*                                                    **F 1007-1.MAILING.LIST.VERIFICATION**

A&R Cleaning Service
407 N. McClay St.
Santa Ana, CA 92701


Ad America
1470 W. 9th St. Suite A
Upland, CA 91786


Ads Gold
3834 E. Eagle Dr.
Anaheim, CA 92807


Aftab Adamjee
c/o Timothy Shields
George & Shields LLC
30 Corporate Park #300
Irvine CA 92606

Agressive Engineering Corp
1235 N. Knollwood Circle
Anaheim. CA 92801


Al Oster West
22833 E. La Palma Ave.
Yorba Linda, CA 92877


Alyssa Fisher
6341 Amy Ave.
Garden Grove, CA 92845


American Alarm Systems
P.O. Box 10520
Santa Ana, CA 92711


American Express
P.O. Box 981537
El Paso, TX 79998

American West Coast Security
P.O. Box 159
Chino, CA 91718


Aza Properties, Inc.
1410 Vantage Ct.
Vista, CA 92081


Bay State Crucible
P.O. Box 326
Tauntom, MA 27180


Bex Engraving
1101 E. Ash Ave. #C
Fullerton, CA 92831


BK Brothers LLC
12207 W. Electric Lane
Sun City, AZ 85373


BSB Leasing
P.O. Box 2149
Gig Harbor, WA 98335


Bulhalter Nemer
18400 Von Karmen Ave. #800
Irvine, CA 92612


Bullion Bank and Vault
621 W. Mallon Ave. #422
Spokane, WA 99201


California Choice Builder
721 S. Parker #200
Orange, CA 92868

California Safety Agency
8932 Katella Ave. #108
Anaheim, CA 92804


Certified Asset Exchange
P.O. Box 6280
Newport Beach, CA 92658


Christopher Hooper
11018 Agusta Way
Stanton, CA 90680


City of Anaheim
P.O. Box 3069
Anaheim, CA 92803


Columbia Machine Works
934 75th Ave.
Oakland, CA 94621


Computer Associates, Inc.
36 Thurber Blvd.
Smithfield, RI 02917


Conway & Sons
1602 W. Catherine Dr.
Anaheim, CA 92801


County of Orange Tax Collector
P.O. Box 1438
Santa Ana, CA 92702


Covenant Air Systems, Inc.
777 W. Lambert Rd.
Brea, CA 92821

Credit Gold and Silver
18723 Via Princessa #302
Santa Clarita, CA 91387


Crossroads Coins, Inc.
344 E. National Rd.
Vandalia, Ohio 45377


Dale Joseph Bryant
625 W. Second St.
Antioch, CA 94509


Damien Johnson
631 S. Glassell St. #C
Orange CA 92866


Daniel Geiger
11521 Evergeen Creek Ln
Las Vegas, NV 89135


Direct TV
P.O. Box 78626
Phoenix, AZ 85062


Discount Courier Services
2549-B Eastbluff Dr. #276
Newport Beach, CA 92660


DSS Coin and Bullion
1906 S.13th St.
Omaha, NE 68108


Edwards Electric Telecom
30 Park St.
Stevens, PA 17578

Elsinore Buy and Sell $
16655 Lake Shore Dr.
Elsinore CA 92530


Employment Development Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280


Federal Express Corp
P.O. Box 7221
Pasadena, CA 91109


First Choice Services
2909 Croddy Way
Santa Ana, CA 92704


Gensis Background Screening Services
1119 S. Mission Rd. #126
Fallbrook, CA 92028


Gold Depot, LTD
640 S. Hill St. #250
Los Angeles, CA 90014


GoldSilver.com
23901 Calabasas Rd. #2009
Calabasas CA 91302


Good to Go Tech Solutions
4244 Avacado Ave.
Yorba Linda, CA 92866


GTG, LLP
650 White Dr. #100
Las Vegas, NV 89119

Hilti Inc.
5400 S. 122nd East Ave.
Tulsa, OK 74146


Hostway Services Inc.
100 N. Riverside Plaza #800
Chicago, IL 60606


Hwang Jiang Sheng
c/o Timothy Shields
George & Shields LLC
30 Corporate Park #300
Irvine CA 92606

John Rell
7791 Eileen St.
Stanton, CA 90680


Jose De La Riva, Jr.
9920 53rd St.
Riverside, CA 92509


Kilver Trust
668 N. Coast Hwy #400
Laguna Beach, CA 92651


LA Computer Company
2993 E. White Star Ave.
Anaheim, CA 92806


Liberty Coin
2201 E. Willow Ave. #AA
Signal Hill, CA 90755


Littler Mendelson
2050 Main St. #900
Irvine, CA 92614

Luigi Badia
40 Stone House Rd.
Somers, NY 10589


Marshall-Sterling
110 Main St.
Poughkeepsie, NY 12601


Marvin Davis
10843 Garrett Rd.
Stanton, CA 90680


Master-Risk, Inc.
110 Main St.
Poughkeepsie, NY 12601


Matheson Tri-Gas, Inc.
Dept LA 23793
Pasadena, CA 91185


McFadden Dale Hardware
2925 E. La Palma Ave.
Anaheim, CA 92806


Medallion Mint
1201 S. 3rd St.
Chickosho, OK 73018


Metal Supermarkets
1273 N. Blue Gum St.
Anaheim, CA 92806


Metlife Benefits
P.O. Box 13724
Philadelphia, PA 19101

Mike Gibbons
P.O. Box 6083
Santa Rosa, CA 92706


Mountain High Coins & Collectables
185 S.E. 3rd
Bend, Oregon 97701


Mujib and Amina Khan
c/o Timothy Shields
George & Shields LLC
30 Corporate Park #300
Irvine CA 92606

Nacobre USA
15055 Woodham Dr.
Houston, TX 77073


Nelson Brewart
14 Alta Hills Way
Laguna Niguel, CA 92677


Nelson Brewart
12 Alta Hills Drive
Laguna Niguel, CA 92677


New Pig
One Pork Ave.
Tipton, PA 16684


Northern Plains Coins
2425 Main
Fargo, ND 58103


Office of the United States Trustee
411 W. Fourth St. 7th Fl.
Santa Ana, CA 92701

Orange County Copiers & Printers
16303 1/2 Piuma
Cerritos, CA 90703

Oscar Robles
32221 Alipaz St.
San Juan Capistrano, CA 92675

Pacific Industrial Water Systems
P.O. Box 3039
Fullerton, CA 92834

Parricia Diane Golla
8216 Eastpart Dr.
Huntington Beach, CA 92646

Partner's Bank
27201 Puerta Real #230
Mission Viejo, CA 92691

Paychex
1175 John St. West
West Henrietta, NY 14586

Perth Bullion
180 Wright St.
Cloverdale Western
Austraila, 6105

Phillip Dodge
738 Tustin Ave. #8
Newport Beach, CA 92663

Pitney Bowes Global F.S. LLC
P.O. Box 371887
Pittsburg, PA 15250

Porter Warner Industries
P.O. Box 2159
Chattanooga, TN 37409


Praxair
Dept LA 21511
Pasadena, CA 91185


Pro Pacific
P.O. Box 3350
Escondido, CA 92033


Professional Finishing Systems
12341 Gladstone Ave.
Sylmar, CA 91342


Rayne Water Conditioning
P.O. Box 3039
Fullerton, CA 92834


Richard E. Hughes, MD, Inc.
1300 N. Kramer Blvd.
Anaheim, CA 92806


Richard Stewart
2020 W. Alameda #19E
Anaheim, CA 92801


Rock Valley Collectables
P.O. Box 322
Dixon, IL 61021


Rogue Valley Coin Exchange
41 S. Grape St.
Medford OR 97501

Ryan Mendoza
9302 Coraham Circle
Cypress, CA 90630


Salvador Lesama
161 N. Fir St.
Orange, CA 92868


Sandra Norby
14512 Emerywood Rd
Tustin, CA 92780


Sean Moffatt
934 75th Ave.
Oakland, CA 94621


Small Business Administration
Fresno Commercial Loan Serv. Ctr.
Office of Fin. Program Operations
801 R. St. #101
Fresno, CA 93721

Stamps.com
P.O. Box 202928
Dallas, TX 75320


State of California Franchis Tax Bd
Bankruptcy Dept.
P.O. Box 2952
Sacramento, CA 95812


Technology Corporation
9924 Rancho Rd.
Adelanto, CA 92301


Telepacific Communications
P.O. Box 509013
San Diego, CA 92150

Tessa Kelley
621 N. Spurgeon St.
Santa Ana, CA 92701


The Gold Center
3000 W. Iles Ave.
Springville, IL 62704


Transamerica
1150 S. Olive St.
Los Angeles, CA 90015


Transline Supply Co.
P.O. Box 9805
Newport Beach, CA 92658


Trump Dollar Inc
927 N>Corren River Rd.
Evansville, IN 47715


Tyler Barnett
1228 Cameo LN
Fullerton, CA 92831


Uline Ship Supplies
P.O. Box 88741
Chicago, IL 60680


Ulrich Blankenstein
2792 Maiway Dr.
Roosmoor, CA 90720


Ulrich Blankenstein
2792 Main Dr.
Roosmoor, CA 90720

Ulrich Blankenstein
2792 Mainway Dr.
Roosmoor, CA 90720


United Financial Corp
1776 22nd St. #100
Des Moines, IA 50266


UPS
P.O. box 30549
Charleston, SC 23917


Verizon Wireless
P.O. Box 660108
Dallas, TX 75266


Wang Kuo Shing
c/o Timothy Shields
George & Shields LLC
30 Corporate Park #300
Irvine CA 92606

Yussuff Chinoy
c/o Timothy Shields
George & Shields LLC
30 Corporate Park #300
Irvine CA 92606