Jeffrey I. Golden, State Bar No. 133040
jgolden@lwgfllp.com
Beth E. Gaschen, State Bar No. 245894
bgaschen@lwgfllp.com
**LOBEL WEILAND GOLDEN FRIEDMAN LLP**
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Attorneys for Chapter 7 Trustee
Thomas H. Casey

FILED & ENTERED

JUL 13 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY steinber   DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>GREAT AMERICAN MINT & REFINERY, INC.,<br><br>Debtor. | Case No. 8:16-bk-14552-TA<br><br>Chapter 7<br><br>**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR ORDER:**<br><br>(1) **AUTHORIZING SALE OF PERSONAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS PURSUANT TO 11 U.S.C. §§ 363(b) and (f);**<br>(2) **APPROVING OVERBID PROCEDURES;**<br>(3) **APPROVING BUYER AS GOOD-FAITH PURCHASER PURSUANT TO 11 U.S.C. § 363(m); AND**<br>(4) **AUTHORIZING PAYMENT OF UNDISPUTED LIENS**<br><br>DATE:    June 13, 2017<br>TIME:    11:00 a.m.<br>PLACE:   Courtroom 5B<br>         411 West Fourth Street<br>         Santa Ana, California 92701 |

On June 13, 2017, at 11:00 a.m., in Courtroom 5B of the United States Bankruptcy

Court located at 411 West Fourth Street, Santa Ana, California, the *Chapter 7 Trustee's*

*Motion for Order: (1) Authorizing Sale of Personal Property Free and Clear of Liens,*

*Claims and Interests Pursuant to 11 U.S.C. §§ 363(b) and (f); (2) Approving Overbid*

*Procedures; (3) Approving Buyer as Good-Faith Purchaser Pursuant to 11 U.S.C.*

*§ 363(m); and (4) Authorizing Payment of Undisputed Liens* (Docket 91, the "Motion")[1] filed by Thomas H. Casey, the chapter 7 trustee (the "Trustee") of the bankruptcy estate (the "Estate") of Great American Mint & Refinery, Inc. (the "Debtor"), came on for hearing. Appearances were as noted on the record.

Having considered the Motion and all papers filed in support thereof and in opposition thereto, including the opposition to the Motion (Docket 96, the "Opposition") filed by Nelson Brewart ("Brewart"), and oral arguments made at the hearing, and finding that the sale and overbid procedures are reasonable, proposed in good faith, and in the best interest of the Estate, creditors, and other parties in interest, and are a reasonable exercise of the Trustee's business judgment in all respects, and based upon oral findings made by the Court on the record, and good cause appearing therefrom,

**IT IS ORDERED** that:

1. This Court has jurisdiction, venue is proper, and this matter is a core matter with timely notice given;

2. The Opposition is overruled and the Motion is granted;

3. The overbid procedures outlined in the Motion are approved;

4. The Agreement, a copy of which is attached to the Motion as Exhibit 1, is approved, and the Trustee is authorized to sell the Property listed on the attachment to the Agreement, to Great American Mint Partners, LLC (the "Buyer"), "as is," "where is," without representation or warranty, free and clear of any and all liens, claims, and interests, pursuant to 11 U.S.C. §§ 363(b) and (f);

5. One or more standards set forth in 11 U.S.C. § 363(f)(1)-(5) has been satisfied.

6. The Trustee reserves the right to object to the validity, scope and priority of all liens, claims, and interests.

---

[1] Any and all capitalized terms not expressly defined herein shall have the meaning ascribed to them in the Motion.

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000    Fax 714-966-1002

1119567.1     2     ORDER

7. The Trustee is authorized to pay, from the proceeds of the Sale, and without further order of the Court, the undisputed portions of the Liens;

8. All liens, claims, and encumbrances, including the Lien held by Brewart, shall attach to the sale proceeds in the same order of priority, scope, and validity, if any, as the Liens currently exist against the Property;

9. The sale proceeds secured by Brewart's Lien will not be used by the Estate absent further order of the Court;

10. Brewart reserves the right to seek adequate protection or turnover of the sale proceeds secured by his lien;

11. Based on the pleadings and arguments at the hearing, the Buyer is a "good-faith purchaser" pursuant to 11 U.S.C. § 363(m), and is entitled to all of the protections accruing therefrom;

12. The Trustee is authorized to use a portion of the Deposit to remove the hazardous materials from the Premises;

13. The Trustee is authorized, in his discretion, to execute any documents or take any actions reasonably necessary to effectuate the terms of the Sale;

14. To the extent there is any sales tax or other tax liability to the Estate from the Sale, the Trustee is authorized to pay such taxes from the unencumbered proceeds of the Sale;

15. Any requirements for lodging periods imposed by Local Bankruptcy Rule 9021-1 and any other applicable bankruptcy rules are waived;

16. The stay imposed by Federal Rule of Bankruptcy Procedure 6004(h) and any other applicable bankruptcy rules is waived; and

**Lobel Weiland Golden Friedman LLP**
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

17. The Court retains jurisdiction to enforce and implement the terms of this order even if the case is closed.

###

Date: July 13, 2017

Theodor C. Albert
United States Bankruptcy Judge

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

1119567.1            4                ORDER